# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-17-00619-CV

**In re Travis County**

ORIGINAL PROCEEDING FROM TRAVIS COUNTY

**M E M O R A N D U M   O P I N I O N**

Relator's petition for writ of mandamus and request for sanctions are denied, and

Relator's motion for temporary relief is dismissed as moot. *See* Tex. R. App. P. 52.8(a).

_____

Jeff Rose, Chief Justice

Before Chief Justice Rose, Justices Pemberton and Goodwin

Filed:   November 2, 2017